IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLANDO RENTERIA GONZALEZ, § | | |
| Plaintiff-Petitioner, § | | |
| § | CIVIL ACTION NO. B-98-082 | |
| VS. § | | |
| § | CRIMINAL NO. B-94-095-06 | |
| UNITED STATES OF AMERICA, § | | |
| Defendant-Respondent. § | | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION AND DISMISSING PETITION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of November 18, 1998, should be adopted and the petition be dismissed. Respondent's Motion to Dismiss is hereby GRANTED.

DONE in Brownsville, Texas, on this 22nd day of February 1999.

Filemon B. Vela
United States District Judge