If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐   No ☒   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/01/99__     _Orlando R. Gonzalez_
           (Date)                    Signature of Applicant

### CERTIFICATE
(Prisoner Accounts Only)

United States District Court
Southern District of Texas
ENTERED

I certify that the applicant named herein has the sum of $ __7.88__ on account to his credit at the __FCI Memphis, TN__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

DEC 03 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

I further certify that during the last six months the applicant's average balance was $ __3.46__

_Jim Severs_
Authorized Officer of Institution

### ORDER OF COURT   C A B-98-82

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge       Date | _____  LD 12-99 <br> United States Judge       Date <br> or Magistrate |