# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

**MAY 1 4 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff-Respondent | § <br> § <br> § | |
| VS. | § <br> § | CIVIL ACTION NO. B-98-082 |
| ORLANDO RENTERIA GONZALEZ<br>Defendant-Movant | § <br> § <br> § | |

## ORDER

Before this Court is Petitioner Orlando Renteria Gonzalez's Request for Certificate of Appealability. This Court has reviewed and dismissed the Movant's Petition to Vacate, Set Aside, or Correct an Illegal Sentence Pursuant to 28 U.S.C. § 2255, because it was time barred.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Movant's Request for Certificate of Appealability should be and is hereby DENIED.

Done this ____13TH____ day of ____MAY_____, 1999.

_____
Filemon B. Vela
United States District Judge